# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:11CR354 |
| vs. | ) | |
| | ) | ORDER |
| FRANCISCA RAMIREZ-BENITO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the defendant's unopposed motion to continue trial [17].  For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1.  The jury trial now set for December 20, 2011 is continued to **February 7, 2012.**

2.  Defendant is ordered to file a waiver of speedy trial as soon as practicable

3.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **December 20, 2011 and February 7, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED December 15, 2011.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge