# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) | |
| | ) | 8:11CR354 |
| vs. | ) ) | ORDER |
| **FRANCISCA RAMIREZ-BENITO** | ) ) | |
| **Defendant.** | ) ) | |

This matter is before the court on the defendant's unopposed motion to continue trial [23] due to counsel's schedule conflict and so that a Kanjoval interpreter can be provided. For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for February 7, 2012 is continued to **March 21, 2012.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **February 7, 2012 and March 21, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED January 31, 2012.**

              BY THE COURT:

              s/ F.A. Gossett
              **United States Magistrate Judge**